United States District Court
Southern District of Texas
**ENTERED**
June 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Galen Glen Hibben, Individually and on Behalf of All Similarly Situated Persons, <br><br> *Plaintiff,* <br><br> v. <br><br> CDM Federal Programs Corporation, <br><br> *Defendant.* | § § § § § § § § § § § § § § § § § Case No. 4:23-cv-00961 |

## ORDER OF DISMISSAL ON STIPULATION

The Court has received the parties' Joint Stipulation of Dismissal with Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed on May 11, 2023 (Dkt. 24), in which the parties stipulate to the dismissal of this case with prejudice. Accordingly, it is hereby

ORDERED that this case is DISMISSED with prejudice, with each party to bear their own costs and attorneys' fees.

Signed on ___June 7___, 2023, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge